

1  Jeffrey S. Merrick OSB # 84298
   4800 SW Meadows Rd., Suite 300
2  Lake Oswego, OR, 97035
   Phone: 503-665-4234
3  Fax: 503-892-4698
   E-mail: merrick@jeffmerrick.com
4        Attorney for Plaintiff

FILED '08 NOV 6 13:11 USDC-ORP

## IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF OREGON

| Lisa Aasen, | |
|---|---|
| Plaintiff, | Case No. **CV '08 - 1306**   PK |
| v. | **COMPLAINT** (Job Discrimination: Title VII & state law) |
| COMPETITION SPECIALTIES, INC., | **DEMAND FOR JURY** |
| Defendant. | |

Plaintiff alleges that at relevant times:

### JURISDICTION & VENUE

1.  These claims arise under the Civil Rights Act of 1964, 42 USC §2000e et. seq., as amended (Title VII), and state law. This court has jurisdiction over the federal claims under 28 USC §1331. This Court has jurisdiction over the state law claims pursuant to the doctrine of supplemental jurisdiction, 28 USC § 1367(a) and because the parties are diverse, 28 USC § 1332.

2.  Venue is proper in the District of Oregon, Portland, because defendant employed plaintiff in Multnomah County, Oregon.

PAGE 1 - COMPLAINT AND JURY DEMAND

## ALLEGATIONS OF PARTY STATUS

3. Plaintiff, Lisa Aasen, is female, a citizen of the United States, and resides in Portland, Oregon.

4. Defendant, Competition Specialties, Inc. is a Washington Corporation that does business in Oregon. At relevant times, it employed 15 or more employees.

## FIRST CLAIM FOR RELIEF
(Title VII)

5. Defendant hired Ms. Aasen beginning May 23, 2006 for work at its Portland facility.

6. During Ms. Aasen's employment, Defendant subjected Ms. Aasen to unlawful discrimination and / or retaliation because of her gender, including in one or more of the following particulars:

    A. by creating and / or maintaining a hostile work environment and / or failing to take immediate and effective action designed to end sexual harassment;

    B. by failing to adequately train, control and / or supervise its Portland employees, both supervisory and non-supervisory;

7. Defendant constructively discharged Ms. Aasen on or about June 5, 2007.

8. Plaintiff met administrative prerequisites. The administrative agency found substantial evidence of discrimination, and plaintiff obtained right to sue letters. Plaintiff filed this complaint timely.

9. Defendant conducted itself with malice and / or reckless indifference to Ms. Aasen's federally-protected rights, and defendant should pay punitive damages.

PAGE 2 - COMPLAINT AND JURY DEMAND


JEFF MERRICK, P.C.
4800 SW MEADOWS RD., SUITE 300
LAKE OSWEGO, OR 97035
(503) 665-4234
JMERRICK@JEFFMERRICK.COM

10.  Ms. Aasen suffered pecuniary losses, emotional pain, suffering, inconvenience, mental anguish, loss of enjoyment of life, and other nonpecuniary losses. She seeks the maximum damages allowed pursuant to 42 USC § 1981a.

11.  Ms. Aasen suffered a loss of back pay, and she seeks back pay with interest.

12.  Ms. Aasen seeks payment for attorney fees, expert witness fees and other costs payable under law and court rules.

### SECOND CLAIM FOR RELIEF
(ORS Chapter 659A)

### Count 1 - Harassment

13.  Ms. Aasen realleges paragraphs 1 through 9.

14.  Defendant violated ORS 659A.030(1)(b).

15.  Ms. Aasen seeks compensatory damages or $200, whichever is greater, plus punitive damages, attorney fees, expert witness fees, prevailing party fees, and other costs payable under law and court rules, including ORS 659A.885 and ORS 20.107.

### Count 2 - Discharge

16.  Ms. Aasen realleges paragraphs 1 through 9.

17.  Defendant violated ORS 659A.030(1)(a)

18.  Ms. Aasen seeks compensatory damages or $200, whichever is greater, plus back pay, punitive damages, attorney fees, expert witness fees, prevailing party fees, and other costs payable under law and court rules, including ORS 659A.885 and ORS 20.107.

//

//

PAGE 3 -  COMPLAINT AND JURY DEMAND

## DEMAND FOR JURY TRIAL

19.  Ms. Aasen requests trial by jury.

Dated: 11-3-2008

Jeff Merrick, P.C.

By, Jeff Merrick, OSB # 842987
Attorney for Plaintiff
4800 SW Meadows Rd., Suite 300
Lake Oswego, OR, 97035
Phone: 503-665-4234
Fax: 503-892-4698
E-mail: merrick@jeffmerrick.com

PAGE 4 - COMPLAINT AND JURY DEMAND