Lee Aronson
Oregon State Bar No. 77100
laronson@schulte-law.com
SCHULTE, ANDERSON, DOWNES
  ARONSON & BITTNER, P.C.
811 SW Naito Parkway, Suite 500
Portland, Oregon 97204-3379
(503) 223-4131
F (503) 223-1346
Attorneys for Defendant

FILED
APR 01 2009

## UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF OREGON

| | |
|---|---|
| LISA AASEN, | CV 08-1306-PK |
| Plaintiff, | |
| vs. | STIPULATED ORDER OF DISMISSAL WITH PREJUDICE |
| COMPETITION SPECIALITIES, INC., | |
| Defendant. | |

///

//

//

Based upon the stipulation of the parties hereto that this matter has been fully settled and compromised,

//

//

Page 1 – **STIPULATED ORDER OF DISMISSAL WITH PREJUDICE**

IT IS HEREBY ORDERED that plaintiffs' complaint be dismissed with prejudice and without costs to any party.

Dated this 1ST day of APRIL, 2009.

United States District Court

_____
Honorable Paul Papak

IT IS SO STIPULATED.

_____
**Jeff Merrick**
Oregon State Bar No. 84298
(503) 665-4234
Attorneys for Plaintiff Lisa Aasen

Dated: March 27, 2009

_____
**Lee Aronson**
Oregon State Bar No. 77100
(503) 223-4131
Attorneys for Defendant Competition Specialties

Dated: March 20, 2009

Page 2 – **STIPULATED ORDER OF DISMISSAL WITH PREJUDICE**

Macintosh HD:Users:jeffmerrick:Desktop:STIPULATED DISMISSAL.DOC